UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Michael Guy Rogan,                                          Civil No. 19-1882 (PJS/LIB)

      Plaintiff,

vs.                                                         ORDER ADOPTING
                                                            REPORT AND RECOMMENDATION

Colin M. Gau,

      Defendant.

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff's claim seeking criminal prosecution of Defendant Collin Gau in this civil action is **DISMISSED with prejudice**; and

2. The remainder of Plaintiff's Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 6/8/20                                               _____
At Minneapolis, Minnesota                                   Patrick J. Schiltz, Judge
                                                            United States District Court